**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:
VICOR TECHNOLOGIES, INC.,              Case No.: 12-39329-BKC-EPK
                                       Chapter 7
    Debtor.
_____/
MARGARET J. SMITH,
Chapter 7 Trustee

Plaintiff

v.                                     Adversary Proceeding No. 13-01864-EPK

PABST PATENT GROUP LLP

Defendant.
_____/

**CERTIFICATE OF SERVICE**

    I, Franck D. Chantayan, Esq., certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this Summons [D.E. 2], a copy of the Complaint [D.E. 1] was made December 10, 2013 by:

    <u>X</u>  Mail Service:  Regular, first class United States mail, postage fully pre-paid, addressed to:
        Pabst Patent Group, LLP
        Patrea Pabst, Esq.
        1545 Peachtree Street, N.E., Ste. 320
        Atlanta, Georgia 30309

    Under penalty of perjury, I declare the foregoing to be true and correct.

December 10, 2013              */s/ Franck D. Chantayan*

**Print Name**
Franck D. Chantayan

**Address**
125 S. State Road 7, Suite 104-334

**City:** Wellington   **State:** Florida   **Zip:** 33414