**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

        Case No.: 12-39329-BKC-EPK

VICOR TECHNOLOGIES, INC.,        Chapter 7

    Debtor.
_____/

MARGARET J. SMITH,
Chapter 7 Trustee

Plaintiff

v.        Adversary Proceeding No. 13-01864-EPK

PABST PATENT GROUP LLP

Defendant.
_____/

**AGREED MOTION FOR EXTENSION OF TIME FOR**
**PABST PATENT GROUP LLP TO FILE ANSWER TO THE COMPLAINT**

COMES NOW, the Trustee, MARGARET J. SMITH (the "**Trustee**"), and files this Agreed Motion for Extension of Time for Pabst Patent Group LLP ("**Pabst**") to File an answer to the Complaint, and states as follows:

1. On December 4, 2013, the Trustee filed a *Complaint to Determin the Validity, Priority and Extent of Liens Pursuant to Bankruptcy Rule 7001(2) and, Alternatively, to Avoid Fraudulent Transfers* (the "**Complaint**") [D.E. 1]. The *Summons and Notice of Pretrial/Trial in an Adversary Proceeding* (the "**Summons**") [D.E. 2] was issued on December 5, 2013.

2. The Complaint, Summons and *Order Setting Filing and Disclosure Requirements for Pretrial and Trial* (the "**Pretrial Order**") [D.E. 3] was served on Pabst on December 10, 2013.

3.	As a result of the upcoming holidays, Pabst has requested additional time to respond to the Complaint.

4.	The Parties have agreed that Pabst can have an extension of time to respond to the Complaint through and including January 16, 2014..

WHEREFORE, the Trustee respectfully requests that this Court enter an order granting this motion and for such other and further relief as this Court deems just and proper.

Dated: December 23, 2013

> I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rules 2090-1(A) and 9011-4(A)(1).
>
> */s/ Franck D. Chantayan*
> Franck D. Chantayan
> Florida Bar No. 878731
> FRANCK D. CHANTAYAN, P.A.
> 125 S. State Road 7, Suite 104-334
> Wellington, Florida 33414
> Telephone:  (561) 402-7064
> E-mail:  franck@chantayan.com
>
> *Attorney for Margaret J. Smith, Chapter 7 Trustee*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing was filed this 23rd day of December, 2013 using CM/ECF thereby serving all registered users in this case, and via email to aray@swlawfirm.com and rwilliamson@swlawfirm.com (counsel for Pabst).

> */s/ Franck D. Chantayan*
> Franck D. Chantayan
> Florida Bar No. 878731

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

                              Case No.: 12-39329-BKC-EPK

VICOR TECHNOLOGIES, INC.,                Chapter 7

     Debtor.
_____/

MARGARET J. SMITH,
Chapter 7 Trustee

Plaintiff

v.                                     Adversary Proceeding No. 13-_____

PABST PATENT GROUP LLP

Defendant.
_____/

**AGREED ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME FOR
PABST PATENT GROUP LLP TO FILE AN ANSWER TO THE COMPLAINT**

      THIS CAUSE came before this Court upon the Trustee's Agreed Motion for Extension of Time for Pabst Patent Group LLP to file an answer the Complaint (the "**Motion**"). The Court

3

having considered the matter, having been advised that the parties have agreed to the entry of this Order, finding good cause and being otherwise fully advised, therefore

ORDERS AND ADJUDGES that

1. The Trustee's Motion is hereby **granted**.

2. The deadline for the Pabst to file an answer or otherwise respond to the Complaint is hereby extended through and including **January 16, 2014.**

### 

**Submitted By:**
Franck D. Chantayan, Esq.
FRANCK D. CHANTAYAN, P.A.
125 S. State Road 7, Ste. 125-334
Wellington, FL 33414
Tel: (561) 402-7064
franck@chantayan.com

**Copies Furnished to:**
Franck D. Chantayan, Esq.

**Attorney Chantayan is directed to serve a conformed copy of this Order and to file a Certificate of Service with the Court.**